HENRY STANTON *versus* JOSEPH LORANGER. 

JOURNAL ENTRIES (1826): *Journal 4:* (1) Dismissed *p. 115.

PAPERS IN FILE: (1) Petition; (2) pleas to jurisdiction.

*Chancery Case* 68 of 1825.